**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

JANE DOE, on behalf of herself and all others similarly situated,

Plaintiff,

v.

PANTHERX SPECIALTY, LLC d/b/a PANTHERX RARE PHARMACY,

Defendant.

Case No. 2:26-cv-02094

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM**

AND NOW, this 23rd day of September, 2026, upon consideration of Plaintiff's Motion For Leave To Proceed Under Pseudonym, it is hereby ORDERED and DECREED that said motion is **GRANTED PROVISIONALLY** as follows:

1. Plaintiff shall proceed in pseudonym, and the docket shall continue to reflect Plaintiff's name as "Jane Doe";
2. Plaintiff shall be referred to by her pseudonym in all pleadings and other documents related to this litigation and in all proceedings held before this Court;
3. The parties and their counsel shall refrain from publishing Plaintiff's true identity except upon written consent of Plaintiff's counsel or upon leave of Court; and
4. Documents filed in this litigation which contain Plaintiff's true identity shall be redacted of same, pursuant to Federal Rule of Civil Procedure 5.2(e). Unredacted copies of such documents shall be filed under seal, pursuant to Local Rule of Civil Procedure 5.1.5 and Federal Rule of Civil Procedure 5.2(d).

5. Within thirty (30) days after being served in this case, Defendant may file a motion to VACATE this Order for good cause shown, after complying with this Court's Practices and Procedures regarding conferral. If such a motion is filed, Plaintiff may file a response to it within fourteen (14) days.

SIGNED this 23rd day of September, 2026

/s/ W. Scott Hardy
UNITED STATES DISTRICT JUDGE